**Vilma GOMEZ–AGUILAR, Petitioner**

v.

**Michael B. MUKASEY, U.S. Attorney General, Respondent.**

No. 08–60131
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Nov. 20, 2008.

Vilma Gomez–Aguilar, Compton, CA, pro se.

Thomas Ward Hussey, Director, Remi Adalemo, Office of Immigration LItigation Ben Franklin Station, Washington, DC, Mario R. Ortiz, U.S. Immigration & Naturalization Service District Directors Office, San Antonio, TX, for Respondent.

Before SMITH, DeMOSS and BENAVIDES, Circuit Judges.

PER CURIAM: *

Vilma Sarai Gomez–Aguilar (Gomez) has petitioned for review of the decision of the

---

Board of Immigration Appeals (BIA) dismissing her appeal from the immigration judge's in absentia order of removal. Because Gomez has not briefed the question whether the BIA erred in determining that it did not have jurisdiction over her appeal, the petition is DENIED. *See Calderon–Ontiveros v. INS*, 809 F.2d 1050, 1052 (5th Cir.1986).

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.